UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                             §
                                                   §
CZARTORYSKI, RAYMOND A                             §         Case No. 10-17001
CZARTORYSKI, DEBRA C                               §
                                                   §
                                                   §
            Debtor(s)                              §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_$^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_$^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-17001  BB  Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | Date Filed (f) or Converted (c): | 04/16/10 (f) |
| | CZARTORYSKI, DEBRA C | 341(a) Meeting Date: | 06/09/10 |
| For Period Ending: | 07/09/12 | Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors residence located at 3209 Navajo Drive, | 235,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Misc cash | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 3. Spouses checking account with Chase Bank #2235 | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 4. Debtors Joint Checking account with Daughter, Br | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 5. Debtors Joint savings account with daughter, Bri | 250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 6. Debtors Joint Savings with Daughter, Brittany at | 400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 7. Spouses Savings Account with Credit Union 1 #143 | 4.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 8. Misc goods & Furnishings | 500.00 | 0.00 | DA | 0.00 | FA |

Case 10-17001 Doc 39 Filed 07/13/12 Entered 07/13/12 10:39:51 Desc Main
Document Page 4 of 12

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No: 10-17001 BB Judge: BRUCE W. BLACK  Trustee Name: BRADLEY J. WALLER
Case Name: CZARTORYSKI, RAYMOND A  Date Filed (f) or Converted (c): 04/16/10 (f)
CZARTORYSKI, DEBRA C  341(a) Meeting Date: 06/09/10
Claims Bar Date: 11/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 9. Misc books & pictures | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 10. general clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 11. misc jewerly | 150.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 12. IRA through previous employer | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 13. 2009 Federal Tax Refund | 3,647.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 14. 2009 State Tax Refund | 640.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |

Case 10-17001 Doc 39 Filed 07/13/12 Entered 07/13/12 10:39:51 Desc Main
Document Page 5 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

Case No: 10-17001 BB Judge: BRUCE W. BLACK  Trustee Name: BRADLEY J. WALLER
Case Name: CZARTORYSKI, RAYMOND A  Date Filed (f) or Converted (c): 04/16/10 (f)
CZARTORYSKI, DEBRA C  341(a) Meeting Date: 06/09/10
  Claims Bar Date: 11/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. 2006 Chevy Cobalt | 8,075.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 16. 2005 Ford Escape | 6,925.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 17. 2000 Pontiac Grand Am | 2,400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 18. Possible inheritance -estate of deceased father (u) | 0.00 | 30,366.43 | | 27,347.62 | FA |
| 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |

  Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $258,941.00 $30,366.43  $27,347.82 $0.00
  (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset #18 - obtaining court approval on balance of monies on 04/27/2012

Initial Projected Date of Final Report (TFR): 12/31/11  Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-17001 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | | Bank Name: | The Bank of New York Mellon |
| | CZARTORYSKI, DEBRA C | | Account Number / CD #: | *******2765 Money Market Account |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 07/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/11 | 18 | Law Offices of John Z. Toscas<br>Escrow Account<br>12616 S. Harlem Avenue<br>Palos Heights, IL 60463 | DEPOSIT CHECK #2182 | 1129-000 | 1,625.00 | | 1,625.00 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.01 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.02 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.04 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.12 | 1,621.93 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,621.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,596.94 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,596.95 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,571.95 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,571.96 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,546.96 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,546.97 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,521.97 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,521.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,496.98 |
| 01/11/12 | 18 | Old Republic National Title Insurance Company<br>20 S. Clark Street, Suite 2000<br>Chicago, IL 60603 | Proceeds from sale of home of debtor's father<br>DEPOSIT CHECK #233695 | 1129-000 | 25,722.62 | | 27,219.60 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 27,219.70 |
| 01/26/12 | | Transfer to Acct #*******3028 | Bank Funds Transfer | 9999-000 | | 27,219.70 | 0.00 |

| | | Page Subtotals | 27,347.82 | 27,347.82 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: 10-17001 -BB | Trustee Name: BRADLEY J. WALLER |
| Case Name: CZARTORYSKI, RAYMOND A | Bank Name: The Bank of New York Mellon |
| CZARTORYSKI, DEBRA C | Account Number / CD #: *******2765 Money Market Account |
| Taxpayer ID No: *******4514 | |
| For Period Ending: 07/09/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 27,347.82 | 27,347.82 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 27,219.70 | |
| | | | Subtotal | | 27,347.82 | 128.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 27,347.82 | 128.12 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.06b

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-17001 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | Bank Name: | Congressional Bank |
| | CZARTORYSKI, DEBRA C | Account Number / CD #: | *******3028 Checking Account |
| Taxpayer ID No: | *******4514 | | |
| For Period Ending: | 07/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******2765 | Bank Funds Transfer | 9999-000 | 27,219.70 | | 27,219.70 |
| 03/21/12 | 001001 | Raymond A. Czartoryski | Exemption | 8100-000 | | 2,209.00 | 25,010.70 |
| | | Debra C. Czartoryski | | | | | |
| | | 3209 Navajo Drive | | | | | |
| | | New Lenox, IL 60451 | | | | | |
| 05/08/12 | | Marlene Brown | | 1149-000 | 3,018.81 | | 28,029.51 |
| | | Escrow Account | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 30,238.51 | 2,209.00 | 28,029.51 |
| Less: Bank Transfers/CD's | 27,219.70 | 0.00 | |
| Subtotal | 3,018.81 | 2,209.00 | |
| Less: Payments to Debtors | | 2,209.00 | |
| Net | 3,018.81 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******2765 | 27,347.82 | 128.12 | 0.00 |
| Checking Account - *******3028 | 3,018.81 | 0.00 | 28,029.51 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 30,366.63 | 128.12 | 28,029.51 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  30,238.51  2,209.00

| Page 1 | | | *<br>ANALYSIS OF CLAIMS REGISTER | | | Date: July 09, 2012 |

Case Number: 10-17001  
Debtor Name: CZARTORYSKI, RAYMOND A  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $2,647.48 | $0.00 | $2,647.48 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $1,828.78 | $0.00 | $1,828.78 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $2,722.83 | $0.00 | $2,722.83 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,839.11 | $0.00 | $6,839.11 |
| 000005<br>070<br>7100-00 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $6,349.62 | $0.00 | $6,349.62 |
| 000006<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,712.80 | $0.00 | $1,712.80 |
| 000007<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,211.95 | $0.00 | $1,211.95 |
| 000008<br>080<br>7200-00 | Credit Union 1<br>450 E. 22nd Street<br>Suite 250<br>Lombard, IL 60148 | Unsecured | | $821.07 | $0.00 | $821.07 |
| 000009<br>050<br>4210-00 | Fifth Third Bank<br>PO Box 829009<br>Dallas, TX 75382 | Secured | | $4,826.84 | $0.00 | $4,826.84 |
| | Case Totals: | | | $28,960.48 | $0.00 | $28,960.48 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-17001
Case Name: CZARTORYSKI, RAYMOND A
                CZARTORYSKI, DEBRA C
Trustee Name: BRADLEY J. WALLER

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                                    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ | $ | $ |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000006 | Chase Bank USA,N.A | $ | $ | $ |
| 000007 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Credit Union 1 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of    % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $    . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*