# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § § | |
| CZARTORYSKI, RAYMOND A | § | Case No. 10-17001 |
| CZARTORYSKI, DEBRA C | § § § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/17/2012 in Courtroom ,

> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/09/2012                By: /s/ Bradley J. Waller
                                                                Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CZARTORYSKI, RAYMOND A § Case No. 10-17001
CZARTORYSKI, DEBRA C §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,366.63 |
| and approved disbursements of | $ | 2,337.12 |
| leaving a balance on hand of[1] | $ | 28,029.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 3,565.76 | $ 0.00 | $ 3,565.76 |
| Trustee Expenses: BRADLEY J. WALLER | $ 102.80 | $ 0.00 | $ 102.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,668.56 |
| Remaining Balance | $ 24,360.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,312.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 2,647.48 | $ 0.00 | $ 2,647.48 |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ 1,828.78 | $ 0.00 | $ 1,828.78 |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ 2,722.83 | $ 0.00 | $ 2,722.83 |
| 000004 | Chase Bank USA, N.A. | $ 6,839.11 | $ 0.00 | $ 6,839.11 |
| 000005 | American InfoSource LP as agent for Citibank N.A. | $ 6,349.62 | $ 0.00 | $ 6,349.62 |
| 000006 | Chase Bank USA,N.A | $ 1,712.80 | $ 0.00 | $ 1,712.80 |
| 000007 | GE Money Bank | $ 1,211.95 | $ 0.00 | $ 1,211.95 |

Total to be paid to timely general unsecured creditors   $ 23,312.57

Remaining Balance   $ 1,048.38

Tardily filed claims of general (unsecured) creditors totaling $ 821.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Credit Union 1 | $ 821.07 | $ 0.00 | $ 821.07 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 821.07 |
| Remaining Balance | $ | 227.31 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 227.31 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752-1 | User: vrowe | Date Created: 8/18/2010 |
| Case: 10-17001 | Form ID: ntcftfc7 | Total: 32 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Raymond A Czartoryski | 3209 Navajo Drive | New Lenox, IL 60451 |
| jdb | Debra C Czartoryski | 3209 Navajo Drive | New Lenox, IL 60451 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC  2045 Aberdeen Court  Sycamore, IL 60178 | |
| aty | John A Reed  John A Reed Ltd  63 W Jefferson St #200  Joliet, IL 60432 | | |
| 15428782 | Account Recovery Service Inc  3031 North 114th Street  Milwaukee, WI 53222 | | |
| 15428783 | Alliance One Receivables Management  1160 Centre Pointe Drive  Suite # 1  Saint Paul, MN 55120 | | |
| 15428784 | Blatt Hasenmiller Leibsker &Moore  125 S Wacker Dr # 400  Chicago, IL 60606-4440 | | |
| 15428785 | CAC Financial Corp  2601 NW Expressway  Suite #1000 East  Oklahoma City, OK 73112 | | |
| 15428786 | CCB Credit Services  PO Box 63  Kankakee, IL 60901 | | |
| 15428787 | Chase  P.O. Box 15298  Wilmington, DE 19850-5298 | | |
| 15428788 | Citi Cards  P.O. Box 688909  Des Moines, IA 50368-8909 | | |
| 15428789 | Citi Platinum Select Card  Box 6000  The Lakes, NV 89163-6000 | | |
| 15428792 | CitiMortgage  P.O. Box 9481  Gaithersburg, MD 21703 | | |
| 15428790 | Citibank – Sears  P.O. Box 6286  Sioux Falls, SD 57117 | | |
| 15428791 | Citibank/Home Depot  P.O. Box 653000  Dallas, TX 75265-3000 | | |
| 15428793 | Credit Union 1  200 E Champaign Ave  Rantoul, IL 61866 | | |
| 15428794 | Credit Union One A D  Po Box 200  Rantoul, IL 61866 | | |
| 15428795 | Creditors Discount &Audit  415 E Main Street  Streator, IL 61364 | | |
| 15428796 | Delaware Place Bank  190 E. Delaware Place  Chicago, IL 60611 | | |
| 15428797 | Encore Receivables Management  P.O. Box 3330  Olathe, KS 66063-3330 | | |
| 15428798 | Fifth Third Bank  PO Box 829009  Dallas, TX 75382 | | |
| 15428799 | Forster &Garbus  PO Box 9030  Farmingdale, NY 11735-9030 | | |
| 15428800 | Freedman Anselmo Lindberg Rappe LLC  1807 W Diehl Road # 333  P.O. Box 3228  Naperville, IL 60566 | | |
| 15428801 | GE Money Bank/Lowes  Attn: Bankruptcy Dept  PO Box 103106  Roswell, GA 30076 | | |
| 15428802 | HSBC Best Buy  PO Box 15521  Wilmington, DE 19805 | | |
| 15428803 | HSBC Card Services  P.O. Box 80084  Salinas, CA 93912-0084 | | |
| 15428804 | HSBC Retail Services  1352 Charwood  Suite A  Hanover, MD 21076 | | |
| 15428805 | Kohl's Credit/Recovery  P.O. Box 3004  Milwaukee, WI 53201 | | |
| 15428806 | Portfolio Recovery Associates LLC  PO Box 12914  Norfolk, VA 23541 | | |
| 15428807 | Southwest Credit Sytstems LP  5910 W Plano Parkway # 100  Plano, TX 75093 | | |
| 15428808 | Target  P.O. Box 1327  Minneapolis, MN 55440 | | |
| 15428809 | United Recovery Systems LP  PO Box 722929  Houston, TX 77272-2929 | | |

TOTAL: 32