UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CZARTORYSKI, RAYMOND A | § | Case No. 10-17001 |
| CZARTORYSKI, DEBRA C | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE UNITED STATES BANKRUPTCY COURT
> NORTHERN DISTRICT OF IL/EASTERN DIVISION
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/17/2012 in Courtroom ,

> Will County Court Annex
> 57 N. Ottawa
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/09/2012           By: /s/ Bradley J. Waller
                                                      Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| CZARTORYSKI, RAYMOND A | § | Case No. 10-17001 |
| CZARTORYSKI, DEBRA C | § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,366.63 |
| and approved disbursements of | $ | 2,337.12 |
| leaving a balance on hand of[1] | $ | 28,029.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 3,565.76 | $ 0.00 | $ 3,565.76 |
| Trustee Expenses: BRADLEY J. WALLER | $ 102.80 | $ 0.00 | $ 102.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,668.56 |
| Remaining Balance | $ 24,360.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,312.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 2,647.48 | $ 0.00 | $ 2,647.48 |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ 1,828.78 | $ 0.00 | $ 1,828.78 |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ 2,722.83 | $ 0.00 | $ 2,722.83 |
| 000004 | Chase Bank USA, N.A. | $ 6,839.11 | $ 0.00 | $ 6,839.11 |
| 000005 | American InfoSource LP as agent for Citibank N.A. | $ 6,349.62 | $ 0.00 | $ 6,349.62 |
| 000006 | Chase Bank USA,N.A | $ 1,712.80 | $ 0.00 | $ 1,712.80 |
| 000007 | GE Money Bank | $ 1,211.95 | $ 0.00 | $ 1,211.95 |

Total to be paid to timely general unsecured creditors    $    23,312.57
Remaining Balance    $    1,048.38

Tardily filed claims of general (unsecured) creditors totaling $ 821.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Credit Union 1 | $ 821.07 | $ 0.00 | $ 821.07 |

    Total to be paid to tardy general unsecured creditors      $     821.07

    Remaining Balance      $     227.31

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 227.31 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/ Bradley J. Waller
                                Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752-1              User: vrowe                    Date Created: 8/18/2010
Case: 10-17001                    Form ID: ntcftfc7              Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Raymond A Czartoryski | 3209 Navajo Drive | New Lenox, IL 60451 | |
| jdb | Debra C Czartoryski | 3209 Navajo Drive | New Lenox, IL 60451 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | John A Reed | John A Reed Ltd | 63 W Jefferson St #200 | Joliet, IL 60432 |
| 15428782 | Account Recovery Service Inc | 3031 North 114th Street | Milwaukee, WI 53222 | |
| 15428783 | Alliance One Receivables Management | 1160 Centre Pointe Drive | Suite # 1 | Saint Paul, MN 55120 |
| 15428784 | Blatt Hasenmiller Leibsker &Moore | 125 S Wacker Dr # 400 | Chicago, IL 60606-4440 | |
| 15428785 | CAC Financial Corp | 2601 NW Expressway | Suite #1000 East | Oklahoma City, OK 73112 |
| 15428786 | CCB Credit Services | PO Box 63 | Kankakee, IL 60901 | |
| 15428787 | Chase | P.O. Box 15298 | Wilmington, DE 19850-5298 | |
| 15428788 | Citi Cards | P.O. Box 688909 | Des Moines, IA 50368-8909 | |
| 15428789 | Citi Platinum Select Card | Box 6000 | The Lakes, NV 89163-6000 | |
| 15428792 | CitiMortgage | P.O. Box 9481 | Gaithersburg, MD 21703 | |
| 15428790 | Citibank – Sears | P.O. Box 6286 | Sioux Falls, SD 57117 | |
| 15428791 | Citibank/Home Depot | P.O. Box 653000 | Dallas, TX 75265-3000 | |
| 15428793 | Credit Union 1 | 200 E Champaign Ave | Rantoul, IL 61866 | |
| 15428794 | Credit Union One A D | Po Box 200 | Rantoul, IL 61866 | |
| 15428795 | Creditors Discount &Audit | 415 E Main Street | Streator, IL 61364 | |
| 15428796 | Delaware Place Bank | 190 E. Delaware Place | Chicago, IL 60611 | |
| 15428797 | Encore Receivables Management | P.O. Box 3330 | Olathe, KS 66063-3330 | |
| 15428798 | Fifth Third Bank | PO Box 829009 | Dallas, TX 75382 | |
| 15428799 | Forster &Garbus | PO Box 9030 | Farmingdale, NY 11735-9030 | |
| 15428800 | Freedman Anselmo Lindberg Rappe LLC | 1807 W Diehl Road # 333 | P.O. Box 3228 | Naperville, IL 60566 |
| 15428801 | GE Money Bank/Lowes | Attn: Bankruptcy Dept | PO Box 103106 | Roswell, GA 30076 |
| 15428802 | HSBC Best Buy | PO Box 15521 | Wilmington, DE 19805 | |
| 15428803 | HSBC Card Services | P.O. Box 80084 | Salinas, CA 93912-0084 | |
| 15428804 | HSBC Retail Services | 1352 Charwood | Suite A | Hanover, MD 21076 |
| 15428805 | Kohl's Credit/Recovery | P.O. Box 3004 | Milwaukee, WI 53201 | |
| 15428806 | Portfolio Recovery Associates LLC | PO Box 12914 | Norfolk, VA 23541 | |
| 15428807 | Southwest Credit Sytstems LP | 5910 W Plano Parkway # 100 | Plano, TX 75093 | |
| 15428808 | Target | P.O. Box 1327 | Minneapolis, MN 55440 | |
| 15428809 | United Recovery Systems LP | PO Box 722929 | Houston, TX 77272-2929 | |

TOTAL: 32

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-17001-BWB
Raymond A Czartoryski                                           Chapter 7
Debra C Czartoryski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe              Page 1 of 3                Date Rcvd: Jul 16, 2012
                              Form ID: pdf006          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2012.
```
db/jdb    +Raymond A Czartoryski,   Debra C Czartoryski,   3209 Navajo Drive,   New Lenox, IL 60451-5619
15428782  +Account Recovery Service Inc,   3031 North 114th Street,   Milwaukee, WI 53222-4218
15428784   Blatt Hasenmiller Leibsker & Moore,   125 S Wacker Dr # 400,   Chicago, IL 60606-4440
15428785  +CAC Financial Corp,   2601 NW Expressway,   Suite #1000 East,   Oklahoma City, OK 73112-7236
15428786  +CCB Credit Services,   PO Box 63,   Kankakee, IL 60901-0063
15428787   Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16056911   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16154569  +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15428788   Citi Cards,   P.O. Box 688909,   Des Moines, IA 50368-8909
15428789   Citi Platinum Select Card,   Box 6000,   The Lakes, NV 89163-6000
15428790  +Citibank - Sears,   P.O. Box 6286,   Sioux Falls, SD 57117-6286
15428791   Citibank/Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
15428795  +Creditors Discount & Audit,   415 E Main Street,   Streator, IL 61364-2927
15428796  +Delaware Place Bank,   190 E. Delaware Place,   Chicago, IL 60611-1814
15428797   Encore Receivables Management,   P.O. Box 3330,   Olathe, KS 66063-3330
15428799 ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
          (address filed with court: Forster & Garbus,   PO Box 9030,   Farmingdale, NY 11735-9030)
15428798  +Fifth Third Bank,   PO Box 829009,   Dallas, TX 75382-9009
15428800  +Freedman Anselmo Lindberg Rappe LLC,   1807 W Diehl Road # 333,   P.O. Box 3228,
           Naperville, IL 60566-3228
15428803   HSBC Card Services,   P.O. Box 80084,   Salinas, CA 93912-0084
15428804  +HSBC Retail Services,   1352 Charwood,   Suite A,   Hanover, MD 21076-3125
15428806 ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
          (address filed with court: Portfolio Recovery Associates LLC,   PO Box 12914,
           Norfolk, VA 23541)
15428808  +Target,   P.O. Box 1327,   Minneapolis, MN 55440-1327
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15428783    +E-mail/Text: roy.buchholz@allianceoneinc.com Jul 17 2012 01:04:33
             Alliance One Receivables Management,   1160 Centre Pointe Drive,   Suite # 1,
             Saint Paul, MN 55120-1377
17542537     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2012 02:09:13
             American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
16037086     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2012 02:09:12
             American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
16018846     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2012 02:09:18
             American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16447794    +E-mail/Text: Group_Legal@creditunion1.org Jul 17 2012 01:03:23      Credit Union 1,
             450 E. 22nd Street,   Suite 250,   Lombard, IL 60148-6176
15428793    +E-mail/Text: Group_Legal@creditunion1.org Jul 17 2012 01:03:23      Credit Union 1,
             200 E Champaign Ave,   Rantoul, IL 61866-2940
15428794    +E-mail/Text: Group_Legal@creditunion1.org Jul 17 2012 01:03:23      Credit Union One A D,
             Po Box 200,   Rantoul, IL 61866-0200
16396449     E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2012 02:14:17      GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15428801    +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2012 02:14:16      GE Money Bank/Lowes,
             Attn: Bankruptcy Dept,   PO Box 103106,   Roswell, GA 30076-9106
15428805    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 17 2012 01:01:48      Kohl's Credit/Recovery,
             P.O. Box 3004,   Milwaukee, WI 53201-3004
15428807    +E-mail/Text: bankruptcy@sw-credit.com Jul 17 2012 01:07:11      Southwest Credit Sytstems LP,
             5910 W Plano Parkway # 100,   Plano, TX 75093-2202
15428809     E-mail/Text: bnc@ursi.com Jul 17 2012 01:05:08      United Recovery Systems LP,   PO Box 722929,
             Houston, TX 77272-2929
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15428792   ##+CitiMortgage,   P.O. Box 9481,   Gaithersburg, MD 20898-9481
15428802   ##+HSBC Best Buy,   PO Box 15521,   Wilmington, DE 19850-5521
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: vrowe              Page 2 of 3              Date Rcvd: Jul 16, 2012
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2012**                        **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: vrowe                 Page 3 of 3                  Date Rcvd: Jul 16, 2012
                              Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2012 at the address(es) listed below:
        Bradley J Waller    bjwtrustee@ksbwl.com,  bwaller@ecf.epiqsystems.com
        John A Reed    on behalf of Debtor Raymond Czartoryski barbf@thebankruptcylaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                 TOTAL: 3