UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
CZARTORYSKI, RAYMOND A              §      Case No. 10-17001
CZARTORYSKI, DEBRA C                §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Raymond A. Czartoryski |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIFTH THIRD BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA,N.A | | | | | |
| 000007 | GE MONEY BANK | | | | | |
| 000008 | CREDIT UNION 1 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | CHASE BANK USA,N.A | | | | | |
| | CREDIT UNION 1 | | | | | |
| | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-17001 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | | | Date Filed (f) or Converted (c): | 04/16/10 (f) |
| | CZARTORYSKI, DEBRA C | | | 341(a) Meeting Date: | 06/09/10 |
| For Period Ending: | 09/10/12 | | | Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors residence located at 3209 Navajo Drive, | 235,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Misc cash | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 3. Spouses checking account with Chase Bank #2235 | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 4. Debtors Joint Checking account with Daughter, Br | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 5. Debtors Joint savings account with daughter, Bri | 250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 6. Debtors Joint Savings with Daughter, Brittany at | 400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 7. Spouses Savings Account with Credit Union 1 #143 | 4.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE    C - PROPERTY CLAIMED    AS EXEMPT    - AMENDED | | | | | |
| 8. Misc goods & Furnishings | 500.00 | 0.00 | DA | 0.00 | FA |

Case 10-17001 Doc 46 Filed 09/14/12 Entered 09/14/12 11:19:32 Desc Main
Document Page 8 of 15

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-17001 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CZARTORYSKI, RAYMOND A | | | Date Filed (f) or Converted (c): | 04/16/10 (f) |
| | CZARTORYSKI, DEBRA C | | | 341(a) Meeting Date: | 06/09/10 |
| | | | | Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 9. Misc books & pictures | 50.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 10. general clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 11. misc jewerly | 150.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 12. IRA through previous employer | Unknown | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 13. 2009 Federal Tax Refund | 3,647.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |
| 14. 2009 State Tax Refund | 640.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 10-17001 | BB | Judge: BRUCE W. BLACK |
|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | | |
| | CZARTORYSKI, DEBRA C | | |

| Trustee Name: | BRADLEY J. WALLER |
|---|---|
| Date Filed (f) or Converted (c): | 04/16/10 (f) |
| 341(a) Meeting Date: | 06/09/10 |
| Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. 2006 Chevy Cobalt | 8,075.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE     C - PROPERTY CLAIMED     AS EXEMPT    - AMENDED | | | | | |
| 16. 2005 Ford Escape | 6,925.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE     C - PROPERTY CLAIMED     AS EXEMPT    - AMENDED | | | | | |
| 17. 2000 Pontiac Grand Am | 2,400.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from Amended Doc#: 15; Original asset description: 2000 Pontiac Grand Am SCHEDULE     C - PROPERTY CLAIMED     AS EXEMPT    - AMENDED | | | | | |
| 18. Possible inheritance -estate of deceased father (u) | 0.00 | 30,366.43 | | 27,347.62 | FA |
| 2000 Pontiac Grand Am SCHEDULE     C - PROPERTY CLAIMED     AS EXEMPT    - AMENDED | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.20 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $258,941.00 | $30,366.43 | | $27,347.82 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset #18 - Obtainined court approval on balance of monies on 04/27/2012
Final Report filed

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-17001 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | CZARTORYSKI, RAYMOND A | Date Filed (f) or Converted (c): | 04/16/10 (f) |
| | CZARTORYSKI, DEBRA C | 341(a) Meeting Date: | 06/09/10 |
| | | Claims Bar Date: | 11/18/10 |

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-17001 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | Bank Name: | The Bank of New York Mellon |
| | CZARTORYSKI, DEBRA C | Account Number / CD #: | *******2765  Money Market Account |
| Taxpayer ID No: | *******4514 | | |
| For Period Ending: | 09/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/11 | 18 | Law Offices of John Z. Toscas Escrow Account 12616 S. Harlem Avenue Palos Heights, IL 60463 | DEPOSIT CHECK #2182 | 1129-000 | 1,625.00 | | 1,625.00 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.01 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.02 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.03 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.04 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,625.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.12 | 1,621.93 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,621.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,596.94 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,596.95 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,571.95 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,571.96 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,546.96 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,546.97 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,521.97 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,521.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,496.98 |
| 01/11/12 | 18 | Old Republic National Title Insurance Company 20 S. Clark Street, Suite 2000 Chicago, IL 60603 | Proceeds from sale of home of debtor's father DEPOSIT CHECK #233695 | 1129-000 | 25,722.62 | | 27,219.60 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 27,219.70 |
| 01/26/12 | | Transfer to Acct #*******3028 | Bank Funds Transfer | 9999-000 | | 27,219.70 | 0.00 |

Page Subtotals    27,347.82    27,347.82

Ver: 16.06f

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-17001 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | Bank Name: | The Bank of New York Mellon |
| | CZARTORYSKI, DEBRA C | Account Number / CD #: | *******2765 Money Market Account |
| Taxpayer ID No: | *******4514 | | |
| For Period Ending: | 09/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 27,347.82 | 27,347.82 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 27,219.70 | |
| Subtotal | 27,347.82 | 128.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 27,347.82 | 128.12 | |

Page Subtotals      0.00      0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 10-17001 -BB |
| Case Name: | CZARTORYSKI, RAYMOND A |
| | CZARTORYSKI, DEBRA C |
| Taxpayer ID No: | *******4514 |
| For Period Ending: | 09/10/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3028  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******2765 | Bank Funds Transfer | 9999-000 | 27,219.70 | | 27,219.70 |
| 03/21/12 | 001001 | Raymond A. Czartoryski | Exemption | 8100-000 | | 2,209.00 | 25,010.70 |
| | | Debra C. Czartoryski | | | | | |
| | | 3209 Navajo Drive | | | | | |
| | | New Lenox, IL  60451 | | | | | |
| 05/08/12 | | Marlene Brown | | 1149-000 | 3,018.81 | | 28,029.51 |
| | | Escrow Account | | | | | |
| 08/17/12 | 001002 | BRADLEY J. WALLER | Chapter 7 Compensation/Fees | 2100-000 | | 3,565.76 | 24,463.75 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 08/17/12 | 001003 | BRADLEY J. WALLER | Chapter 7 Expenses | 2200-000 | | 102.80 | 24,360.95 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 08/17/12 | 001004 | American Infosource Lp As Agent for | Claim 000001, Payment 100.94165% | | | 2,672.41 | 21,688.54 |
| | | Target | | | | | |
| | | PO Box 248866 | | | | | |
| | | Oklahoma City, OK 73124-8866 | | | | | |
| | | | Claim          2,647.48 | 7100-000 | | | |
| | | | Interest          24.93 | 7990-000 | | | |
| 08/17/12 | 001005 | American InfoSource LP as agent for Citibank N.A. | Claim 000002, Payment 100.94216% | | | 1,846.01 | 19,842.53 |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| | | | Claim          1,828.78 | 7100-000 | | | |
| | | | Interest          17.23 | 7990-000 | | | |
| 08/17/12 | 001006 | American InfoSource LP as agent for Citibank N.A. | Claim 000003, Payment 100.94167% | | | 2,748.47 | 17,094.06 |
| | | PO Box 248840 | | | | | |

Page Subtotals       30,238.51       13,144.45

Ver: 16.06f

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-17001 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | CZARTORYSKI, RAYMOND A | | Bank Name: | Congressional Bank |
| | CZARTORYSKI, DEBRA C | | Account Number / CD #: | *******3028 Checking Account |
| Taxpayer ID No: | *******4514 | | | |
| For Period Ending: | 09/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8840 | | | | |
| | | | Claim 2,722.83 | 7100-000 | | |
| | | | Interest 25.64 | 7990-000 | | |
| 08/17/12 | 001007 | Chase Bank USA, N.A. | Claim 000004, Payment 100.94179% | | | 6,903.52 | 10,190.54 |
| | | PO Box 15145 | | | | |
| | | Wilmington, DE 19850-5145 | | | | |
| | | | Claim 6,839.11 | 7100-000 | | |
| | | | Interest 64.41 | 7990-000 | | |
| 08/17/12 | 001008 | American InfoSource LP as agent for Citibank N.A. | Claim 000005, Payment 100.94195% | | | 6,409.43 | 3,781.11 |
| | | PO Box 248840 | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | |
| | | | Claim 6,349.62 | 7100-000 | | |
| | | | Interest 59.81 | 7990-000 | | |
| 08/17/12 | 001009 | Chase Bank USA,N.A | Claim 000006, Payment 100.94173% | | | 1,728.93 | 2,052.18 |
| | | c/o Creditors Bankruptcy Service | | | | |
| | | P O Box 740933 | | | | |
| | | Dallas,Tx 75374 | | | | |
| | | | Claim 1,712.80 | 7100-000 | | |
| | | | Interest 16.13 | 7990-000 | | |
| 08/17/12 | 001010 | GE Money Bank | Claim 000007, Payment 100.94146% | | | 1,223.36 | 828.82 |
| | | c/o Recovery Management Systems Corporat | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | |
| | | Miami FL 33131-1605 | | | | |
| | | | Claim 1,211.95 | 7100-000 | | |
| | | | Interest 11.41 | 7990-000 | | |
| 08/17/12 | 001011 | Credit Union 1 | Claim 000008, Payment 100.94389% | | | 828.82 | 0.00 |
| | | 450 E. 22nd Street | | | | |
| | | Suite 250 | | | | |
| | | Lombard, IL 60148 | | | | |

Page Subtotals 0.00 17,094.06

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-17001 -BB |
| Case Name: | CZARTORYSKI, RAYMOND A |
| | CZARTORYSKI, DEBRA C |
| Taxpayer ID No: | *******4514 |
| For Period Ending: | 09/10/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3028  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim | 821.07 | 7200-000 | | | |
| | | | Interest | 7.75 | 7990-000 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,238.51 | 30,238.51 | 0.00 |
| Less: Bank Transfers/CD's | 27,219.70 | 0.00 | |
| Subtotal | 3,018.81 | 30,238.51 | |
| Less: Payments to Debtors | | 2,209.00 | |
| Net | 3,018.81 | 28,029.51 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********2765 | 27,347.82 | 128.12 | 0.00 |
| Checking Account - ********3028 | 3,018.81 | 28,029.51 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 30,366.63 | 28,157.63 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*